# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>HENRY W. LAHMEYER<br>vs.<br>EVANSTON NORTHWESTERN HEALTHCARE CORP. | Case Number:<br>FILED: MAY 08, 2008<br>08CV2658  LCW<br>JUDGE SHADUR<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, HENRY W. LAHMEYER

| NAME (Type or print) |
|---|
| Theodore B. Bell |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Theodore B. Bell |

| FIRM |
|---|
| WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC |

| STREET ADDRESS |
|---|
| 55 WEST MONROE STREET, SUITE 1111 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, ILLINOIS  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6273743 | (312) 984-0000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐