**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                        Case Number: 08 CV 2658
HENRY W. LAHMEYER
v.
EVANSTON NORTHWESTERN HEALTHCARE CORP.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
EVANSTON NORTHWESTERN HEALTHCARE CORP., Defendant.

| | |
|---|---|
| NAME (Type or print) <br> Duane M. Kelley | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Duane M. Kelley | |
| FIRM <br> WINSTON & STRAWN LLP | |
| STREET ADDRESS <br> 35 W. WACKER DRIVE | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 1431501 | TELEPHONE NUMBER <br> 312-558-5600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |