AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  May 9, 2008 |
| NAME OF SERVER (PRINT)  Laine McDonnell | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Based on the prior representation that he was authorized and willing to accept service of the summons and complaint on behalf of Defendant Evanston Northwestern Healthcare Corp. ("ENH"), I served ENH's counsel, David H. Dahlquist with the summons and complaint, on May 9, 2008 by personally leaving a copy addressed to Mr. Dalhquist with Lisa Aguilar at Winston & Strawn LLP, Mail and Messenger Department, 35 W. Wacker Drie, 42nd Floor, Chicago, IL and via electronic transmission to Mr. Dalhquist at ddahlquist@winston.com.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 9, 2008          *[signature]*
              Date                  Signature of Server

Wolf Haldenstein Adler Freeman & Herz LLC
55 W. Monroe Street, Ste. 1111, Chicago, IL  60603
   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HENRY W. LAHMEYER,

V.

EVANSTON NORTHWESTERN
HEALTHCARE CORPORATION,

CASE NUMBER: 08CV2658

ASSIGNED JUDGE: JUDGE SHADUR

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Evanston Northwestern Healthcare Corporation
c/o Winston & Strawn LLP
Attn: David Dahlquist
35 W. Wacker Drive
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mary Jane Fait, Esq.
Wolf Haldenstein Adler Freeman & Herz LLC
55 W. Monroe Street, Suite 1111
Chicago, IL 60603
T: (312) 984-0000

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

May 8, 2008
_____
Date